**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                   July 18, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV5143 (CLB)(LMS)

Rosemarie E. Matera
Kurtzman Matera, PC
664 Chestnut Ridge Road
Spring Valley, NY 10977

Jeffrey Alan Reich
Reich Reich & Reich, P.C.
175 Main Street, Suite 300
White Plains, NY 10601

The matter of **CIMA-V-PASALIDES** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 31, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                       July 18, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV5143 (CLB)(LMS)

Rosemarie E. Matera
Kurtzman Matera, PC
664 Chestnut Ridge Road
Spring Valley, NY 10977

Jeffrey Alan Reich
Reich Reich & Reich, P.C.
175 Main Street, Suite 300
White Plains, NY 10601

The matter of  **CIMA-V-PASALIDES**  has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 31, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.